**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ALBERT DANIEL TOMASSONE, VINCENT DEMASI, individually and on behalf of others similarly situated,

PLAINTIFFS,

v.

WELLSPAN HEALTH,

DEFENDANT.

**Civil Action No.: 5:24-cv-05460-JLS**

Complaint – Class Action

Jury Trial Demanded

**NOTICE OF INTENT TO FILE AMENDED COMPLAINT**

Plaintiffs Albert Daniel Tomassone and Vincent DeMasi hereby provide notice pursuant to Local Civil Rule 7.1(c) of their intent to file an amended complaint in the above-captioned action pursuant to Federal Rule of Civil Procedure 15 on or before December 26, 2024.

Defendant WellSpan Health filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) on December 4, 2024. *See* Doc. No. 9. Pursuant to Local Civil Rule 7.1(c), Plaintiffs' deadline to oppose the motion would be December 18, 2024, but as noted above, Plaintiffs are instead choosing to file an amended complaint, as a matter of right, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). According to that rule, the deadline for filing the amended complaint is December 26, 2024.

*[Signature blocks on next page]*

Dated: December 18, 2024

Respectfully submitted,

/s/ Matthew C. Ford
Matthew C. Ford (Atty. ID No. 203990)
Eric J. Gaspar (Atty. ID No. 208619)
FORD LAW OFFICE LLC
645 W. Hamilton Street, Suite 520
Allentown, Pennsylvania 18101
T: (484) 273-0425
mcf@flolegal.com
ejg@flolegal.com

/s/Bryan Weir
Bryan Weir*
Thomas McCarthy*
Brandon Haase*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
T: (703) 243-9423
F: (703) 243-8696
bryan@consovoymccarthy.com
tom@consovoymccarthy.com
brandon@consovoymccarthy.com

*Pending admission *pro hac vice*

*Counsel for Plaintiffs & the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2024, I served the foregoing Plaintiffs Albert Daniel Tomassone and Vincent DeMasi's Notice of Intent to File Amended Complaint on counsel for all parties by electronically filing it on the Court's CM/EFC system. The document is available for viewing and downloading via the ECF System.

*/s/ Matthew C. Ford*
Matthew C. Ford